**Order entered February 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01212-CV

## HSBC USA, NATIONAL ASSOCIATION, ET AL, Appellants

## V.

## KHYBER HOLDINGS, LLC, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13980**

## ORDER

The Court **ORDERS** Antoinette Regor, official court reporter of the 68th Judicial District Court, to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification that appellants have not requested or paid for the record. *We notify appellant's that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Antoinette Regor, official court reporter, 68th Judicial District Court, and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE